UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 APR -2 PM 3:51
SOUTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| v. | ) Cause No. 1:19-cr- |
| VIONN COMPTON, | ) 1:19-cr-0111 TWP -DML |
| *Defendant.* | ) |

# INDICTMENT

The Grand Jury charges that:

**COUNT ONE**
False Statement During Purchase of a Firearm
18 U.S.C. § 922(a)(6)

On or about February 22, 2018, within the Southern District of Indiana, Indianapolis Division, the defendant,

**VIONN COMPTON,**

in connection with the acquisition of a firearm, specifically: a Romarm/Cugir model Draco 7.62 caliber pistol bearing serial number DB-3080-17, from Indy Trading Post, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Indy Trading Post which statement was intended and likely to deceive Indy Trading Post as to a fact material to the lawfulness of such acquisition of said firearm by VIONN COMPTON. Specifically, ATF form 4473 question 11a asks "are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: you are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.**" In response

to question 11a, VIONN COMPTON marked the box "Yes", when in fact and as VIONN COMPTON well knew, he was purchasing the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT TWO
False Statement During Purchase of a Firearm
18 U.S.C. § 922(a)(6)

On or about June 5, 2018, within the Southern District of Indiana, Indianapolis Division, the defendant,

VIONN COMPTON,

in connection with the acquisition of a firearm, specifically: an Inter Ordinance .556 caliber pistol bearing serial number I015-01722, and/or a Springfield XD 9mm pistol bearing serial number GM994266, from Indy Trading Post, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Indy Trading Post which statement was intended and likely to deceive Indy Trading Post as to a fact material to the lawfulness of such acquisition of said firearm by VIONN COMPTON. Specifically, ATF form 4473 question 11a asks "are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: you are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.**" In response to question 11a, VIONN COMPTON marked the box "Yes", when in fact and as VIONN COMPTON well knew, he was purchasing the firearm(s) on behalf of another person.

2

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

███████████████

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Jeffrey D. Preston
Assistant United States Attorney