UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 APR -2  PM 3: 51

SOUTHERN DIST.
OF INDIANA
R. A. B...

UNITED STATES OF MERICA,          )
                                  )
            Plaintiff,            )
                                  )
      V.                          )     CAUSE NO.
                                  )     **1:19**-cr-**0111** TWP -DML
VIONN COMPTON,                    )
                                  )
            Defendant.            )

**PENALTY SHEET**

        You have been charged in an Indictment with a violation of the Laws of the United States
of America.  The maximum penalties are as follows:

| Count Number(s) | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1-2 | Title 18 U.S.C. § 922(a)(6) and 924(a)(2) False Statement During Purchase of a Firearm | 0-10 | $250,000 | NMT 3 years | N/A |

Dated: _____

                              _____
                              VIONN COMPTON,
                              Defendant

        I certify that the Defendant was advised of the maximum penalties in the manner set forth
above and that he signed (or refused to sign) the acknowledgement.

                              _____
                              United States Magistrate Judge
                              Southern District of Indiana