AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

FILED
APR 0 9 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

VIONN COMPTON

*Defendant*

Case No. 1:19-cr-0111 TWP -DML

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* VIONN COMPTON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts One and Two: False Statement During Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6) and 924(a)(2).

Date: 4/3/19

CLERK OF COURT, Laura A. Briggs
BY: *[signature]*
*Deputy Clerk*

City and state: Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 4-3-19, and the person was arrested on *(date)* 4-8-19
at *(city and state)* Indianapolis, IN.

Date: 4-9-19

*[signature]*
*Arresting officer's signature*

ANDREW J. Sullivan  S/A ATF
*Printed name and title*