UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-0111-TWP-DML |
| | ) | |
| VIONN COMPTON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR APRIL 9, 2019**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the indictment filed on April 2, 2019.

Defendant appeared in person and by FCD counsel Michael Donahoe. Government represented by AUSA Jeff Preston. USPO represented by Ryan Harrold.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **April 23, 2019.**

Defendant waived formal arraignment and reading of the indictment.

Government did not seek pretrial detention and defendant ordered released.

Government moved to unseal this cause of action and the same granted.

Defendant released on conditions of pretrial release pending further proceedings before the court.

Date: 4/12/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system